82,551-01

4-24-15

Court Of Criminal Appeals Of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk

RE: WR-82,551-01

TO: Abel Acosta, Clerk

The reason of this letter is to notify the courts that my mailing Address has Change from Telford unit, 3899 State Hwy. 48, New Boston, Tx 75570. TO Ramsey Unit, 1100 FM 655, Rosharon. Tx 77583. /

My mailing Address has Changed since 4-10-15, so if the courts has sent me any Answer to my 11.07 from 4-10-15 to my old Address would the Court please forward a copy to my new Address.

And last this My 11.07 was sent back to my trial court from this court that there was factual issue's that need it to get resolved and the court gave the trial courts 60 Days for them to Answer and where able to file extensions.

well the 60 Days have already past and I have not heard anything so I would like to know the status of my case, Has the trial court answer?? or have they asked for extensions??

Sincerely,

Cesar Ivan Chavez # 1623265
Ramsey unit
1100 FM 655
Rosharon, Tx 77583